

JUL 2 6 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD DEAN MILLER,<br><br>Defendant. | CR 17-16-BLG-SPW<br><br>ORDER |

This order refers Defendant Miller's motion to suppress evidence (Doc. 33), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of conducting a hearing and issuing findings and recommendations on Defendant's pending motion.

**IT IS FURTHER ORDERED** that the Suppression hearing presently set before this Court on Monday, August 6, 2018 at 1:30 p.m. is **VACATED** and will be reset before Magistrate Judge Timothy J. Cavan.

**IT IS FURTHER ORDERED** that the United States' Motion to Continue Suppression Hearing (Doc. 37) is **DENIED** as moot.

The Clerk of Court is directed to notify Magistrate Judge Timothy J. Cavan, counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 25th day of July, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE