

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-16-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| RICHARD DEAN MILLER, | |
| Defendant. | |

Upon the United States' Notice of Appeal (Interlocutory) (Doc. 52), the trial currently scheduled for November 5, 2018 is **VACATED**. This case is **STAYED** pending further notice from the Ninth Circuit Court of Appeals. For purposes of the Speedy Trial Act, any delay caused by this interlocutory appeal is excluded. 18 U.S.C. § 3161(h)(1)(C).

The Clerk of Court is directed to notify the parties of the making of this Order.

Dated this 16th day of October, 2018.

SUSAN P. WATTERS
United States District Judge

1