# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED
JAN 29 2019
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-16-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING INDICTMENT WITH PREJUDICE |
| RICHARD DEAN MILLER, | |
| Defendant. | |

Based upon the United States' Unopposed Motion to Dismiss Indictment with Prejudice (Doc. 63), and good cause appearing in support thereof,

**IT IS HEREBY ORDERED**, that the Indictment in this matter is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Richard Dean Miller be released from the custody of the United States' Marshals Service.

Dated this 29th day of January, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1